Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**9/17/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

Case Number   24-cr-369(A)-SPG

U.S.A. v.  Malik Damion Cunningham

☑ Indictment          ☐ Information

Defendant Number   9

Year of Birth   2001

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   4/1/24

c. County in which first offense occurred

San Bernardino

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura

☐ Orange               ☐ Santa Barbara

☑ Riverside            ☐ San Luis Obispo

☑ San Bernardino       ☑ Other CAN, MX, COL

Citation of Offense   21 USC § 848(e)(1)(A)

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☑ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No          ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:   N/A

Assigned Judge:    N/A

Charging: N/A

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide Name:  N/A

Phone Number:  N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☑ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*          ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☑ Yes   ☐ No

This is the  1st  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
6/18/2024

Case Number 24-cr-369-SPG

The superseded case:

☑ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
☑ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☑ Yes          ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male        ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   Jamal Abukar, ~MrPerfect, & YBWZYA9W

_____

This defendant is charged in:

☐ All counts

☑ Only counts:   10

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud        ☐ tax offenses

☐ environmental issues      ☐ mail/wire fraud

☑ narcotics offenses       ☐ immigration offenses

☑ violent crimes/firearms     ☐ corporate fraud

☐ Other   _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint:   N/A

b. Posted bond at complaint level on:   N/A

   in the amount of $ N/A

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:   N/A

c. If Federal, U.S. Marshals Service Registration Number:
N/A

d. ☐ Solely on this charge.  Date and time of arrest:
N/A

e. On another conviction:   ☐ Yes      ☐ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court:   N/A

   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date   09/17/2024

Signature of Assistant U.S. Attorney

Lyndsi Allsop

Print Name