**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
9/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES OF AMERICA,

                              PLAINTIFF

v.

RYAN JAMES WEDDING,
   aka "James Conrad King,"
   aka "~R137,"
   aka "~PE,"
   aka "~3.14,"
   aka "R,"
   aka "RW,"
   aka "Mexi,"
   aka "El Jefe,"
   aka "El Toro,"
   aka "Boss,"
   aka "Buddy,"
   aka "Giant,"
   aka "Grande,"
   aka "Public,"
   aka "Public Enemy,"
   aka "NPKY8WY7,"
   aka "FUJ93HXR,"
ANDREW CLARK,
   aka "~Mero güero,"
   aka "~The Dictator,"
   aka "~El manda mas,"
   aka "~el chiquito loco,"
   aka "~el niño problemático,"
   aka "~The Dick,"
   aka "El Guapo,"
   aka "Mero Wero,"
   aka "Dick,"
   aka "Dictator,"
   aka "New Dict,"
   aka "DCY87D3T,"
   aka "U9BM5XPD,"
   aka "6YFRTV3P,"
   aka "8ZEDZR2D,"
   aka "J57629UV,"
   aka "ZFJJX7EF,"
HARDEEP RATTE,
   aka "~PP,"
   aka "~diamond,"
   aka "~GEARZ,"
   aka "Uncle,"
   aka "Tio,"
   aka "9HW2UZZK,"
   aka "ZER4X4H7,"
   aka "BZUH5P4M,"
GURPREET SINGH,
   aka "~FARMER,"
   aka "~Poppey 1,"
   aka "Popey,"
   aka "Z7S6CMNZ,"

Initial Indictment:
24-cr-369-SPG

Case number to be assigned by Criminal Intake Clerk

Superseding Indictment:
24-cr-369(A)-SPG

Case number to be assigned by Criminal Intake Clerk

**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**

(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex)

    aka "KU7TPJKB,"
    aka "KDXJBUUT,"
GENNADII BILONOG,
    aka "John,"
CARLOS ALBERTO PEÑA GOYENECHE,
    aka "W7ZZTY4Y,"
RAKHIM IBRAGIMOV,
    aka "George,"
    aka "Russian,"
NAHIM JORGE BONILLA,
    aka "Nahhim,"
    aka "The One,"
    aka "$,"
    aka "4SSP8KTR,"
MALIK DAMION CUNNINGHAM,
    aka "Jamal Abukar,"
    aka "~MrPerfect,"
    aka "YBWZYA9W,"
JOEL SOSA CARDENAS,
ANDRES FELIPE PUCCETTI IRIARTE,
    aka "Lala kid,"
ANTHONY MENDOZA LOPEZ,
ANSELMO ACUNA GARCIA,
    aka "El Perro,"
    aka "The Dog,"
JUAN MANUEL QUIROZ JIMENEZ,
IQBAL SINGH VIRK,
    aka "Mark," and
RANJIT SINGH ROWAL,

                        DEFENDANT(S)

---

☐ **Initial Indictment**

    Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

    and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

---

☒ **Superseding Indictment**

    Upon a careful review of the _first_ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is _16_. The previous number of defendants was _2_.

    and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is   15   trial days. The previous estimate was   7   trial days.

September 17, 2024
Date

LYNDSI ALLSOP
MARIA JHAI
Assistant United States Attorneys