BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3165/4138
    Facsimile: (213) 894-3713/0141
    E-mail:    lyndsi.allsop@usdoj.gov
               maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-00369(A)-SPG-2 |
|---|---|
| Plaintiff, | NOTICE RE DEATH PENALTY FOR DEFENDANT ANDREW CLARK |
| v. | |
| ANDREW CLARK, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lyndsi Allsop and

//
//
//
//
//
//

Maria Jhai, hereby provides notice that the United States of America will not seek the death penalty for defendant ANDREW CLARK.

Dated: April 22, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
LYNDSI ALLSOP
MARIA JHAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA