NOTE:CHANGES BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN JAMES WEDDING, et al.,

Defendant.

No. CR 2:24-000369(A)-SPG

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**[PROPOSED] TRIAL DATE: 11-03-2026**

**[PROPOSED] STATUS CONFERENCE: 10-21-2026**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 8, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual

and so complex, due to the nature of the prosecution and the number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (v) the time period of February 11, 2026, to November 3, 2026, for defendants Nahim Jorge Bonilla and Joel Sosa Cardenas, and the time period of February 10, 2026, to November 3, 2026, for defendant Rakhim Ibragimov, constitutes a reasonable period of delay for these defendants, who are joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from February 11, 2026 (for defendants Andrew Clark, Bonilla, Cardenas, and Anselmo Acuna Garcia) and from February 10, 2026 (for defendants Carlos Alberto Pena Goyeneche, Andres Felipe Puccetti Iriarte, and Ibragimov) to October 27, 2026 at 8:30 a.m. The status conference hearing is continued to October 14, 2026 at 9:30 a.m. The briefing schedule for any motions shall be: Motions due: September 9, 2026; Oppositions due: September 23, 2026; Replies due: September 30, 2026.

2. The time period of February 11, 2026 (for defendants Clark, Bonilla, Cardenas, and Garcia) and from February 10, 2026 (for defendants Goyeneche, Iriarte, and Ibragimov) to October 27, 2026, 2026, inclusive, is excluded in computing the time within which the

trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv), and (h)(6).

3. Defendant Garcia shall appear in Courtroom 5C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 27, 2026, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

January 13, 2026
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE